WILLIAM TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
LISA COX, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6859
FACSIMILE: (206) 220-6911
Lisa.Cox@eeoc.gov

ATTORNEYS FOR PLAINTIFF

ORIGINAL

FILED '08 SEP 30 14:39 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

   Plaintiff

   v.

SCHIEMER FARMS,

   Defendant.

CIVIL ACTION NO.

COMPLAINT   CV '08 - 1142 BR

JURY TRIAL DEMAND

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Theresa Arias and Rebecca Jones, who were adversely affected by

COMPLAINT Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

such practices. The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant harassed Ms. Arias and Ms. Jones because of their sex, creating a hostile work environment. The EEOC also alleges that defendant's conduct, including terminating Ms. Arias and Ms. Jones the day after they complained of the harassment constitutes retaliation. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant, Schiemer Farms has continuously been doing business in the State of Oregon, and has continuously had at least 15 employees.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

5. At all relevant times, defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Theresa Arias and Rebecca Jones filed charges with the Equal Employment Opportunity Commission alleging violations of Title VII by defendant Schiemer Farms. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least October 26-28, 2006, defendant engaged in unlawful employment practices at its Nyssa, Oregon based facility in violation of §703(a) and §704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a). Defendant affected the terms and conditions of Ms. Arias and Ms. Jones' employment by subjecting them to a sexually hostile work environment and then terminating them almost immediately after they complained of the harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Arias and Ms. Jones of equal employment opportunities and otherwise adversely affect their status as an employees of Schiemer Farms because of their sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Arias and Ms. Jones.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any other employment practice which discriminates on the basis of sex.

B.   Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees and which eradicate the effects of its past and present unlawful employment practices.

C.   Order defendant to make whole Ms. Arias and Ms. Jones by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.   Order defendant to make whole Ms. Arias and Ms. Jones by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.   Order defendant to pay Ms. Arias and Ms. Jones punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F.   Grant such further relief as the Court deems necessary and proper in the public interest.

G.   Award the Commission its costs of this action.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 29th day of September, 2008.

WILLIAM TAMAYO
Regional Attorney

JOHN F. STANLEY
Supervisory Trial Attorney

LISA COX
Senior Trial Attorney

BY: /s/ John F. Stanley
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 First Avenue, Ste. 400
Seattle, WA 98104-1061
Attorneys for Plaintiff

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

COMPLAINT Page 5 of 5

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882